UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARY T. O'DONNELL, **Index No.: 3:25-cv-1493 (FJS/ML)**

Plaintiff,

-against-

ITHACA CITY SCHOOL DISTRICT,

Defendant.

---

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of records for Plaintiff and Defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 9/21, 2026

Luciano L. Lama
The Lama Law Firm, LLP
*Attorneys for Plaintiff*
2343 N. Triphammer Road
Ithaca, NY 14850
607-275-3425
Email: nino@lamalaw.com

Dated: September 21, 2026

Gregg T. Johnson
The Laws Group, PLLC
*Attorneys for Defendant*
646 Plank Rd, Ste. 205
Clifton, New York 12065
518-490-6428
gtj@thelawsgroupplle.com

SO ORDERED:

**Frederick J. Scullin, Jr.**
**Senior United States District Judge**

Date: September 25, 2026

**ATTACHMENT B**